Nos. 04-00-00717-CR & 04-00-00718-CR


Arnold D. LACOUR,


Appellant


v.


The STATE of Texas,

Appellee


From the 290th Judicial District Court, Bexar County, Texas


Trial Court Nos. 1996-CR-5449 & 1995-CR-6365


Honorable Sharon MacRae, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: January 10, 2001


DISMISSED


 The appellant, Arnold D. Lacour, has filed motions to dismiss these appeals by withdrawing
his notices of appeal. The motions are granted and these appeals are dismissed. See Tex. R. App. P.
42.2(a).

 PER CURIAM

DO NOT PUBLISH